No. 446, Misc. LESTER v. UNITED STATES. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson; Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 528, Misc. TURNER v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.

No. 529, Misc. DAWKINS v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Frank D. O'Connor* and *Benj. J. Jacobson* for respondent.

No. 548, Misc. FAVORS v. ADAMS, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 584, Misc. VLCKO v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied. Petitioner *pro se. Norman A. Erbe,* Attorney General of Iowa, for respondent.

No. 586, Misc. KNOX v. LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *Horace R. Alexius, Jr.* for petitioner.

No. 590, Misc. RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.